FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2021

No. 04-21-00178-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Joseph B. **SALINAS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19512
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due August 5, 2021. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court